UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21478-CIV-HOEVELER/GARBER

CARMEN CARMONA, a/k/a Carmen
Martinez, ARABEL ANGEL CUESTA,
TERESA AGUILAR, ROSA DIAZ, and
Others similarly-situated,

    Plaintiffs,

v.

ACE CASH EXPRESS, INC., a foreign
Corporation,

    Defendant,
_____/

**CLOSED CIVIL CASE**

## ORDER

THIS ACTION came before the Court upon Defendant ACE Cash Express, Inc.'s Agreed Motion to Dismiss and to Compel Arbitration. Having reviewed the Motion and any response, considered the positions of the parties, and being otherwise fully advised in the premises, it is hereby:

ORDERED and ADJUDGED that said motion be, and the same is hereby, GRANTED.

This action is DISMISSED WITHOUT PREJUDICE, with each party to bear their own costs and attorneys' fees.

Plaintiffs must submit their claims to arbitration pursuant to the terms of the Employee Dispute Resolution Program in accordance with the Federal Arbitration Act.

DONE AND ORDERED in Chambers in Miami, Florida, this _18_ day of July, 2008.

                                            /s/ William M. Hoeveler
                                            WILLIAM M. HOEVELER
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
(See attached Service List)

## SERVICE LIST

*CARMEN CARMONA et al. v. ACE CASH EXPRESS, INC.*
CASE NO. 08-21478-CIV-HOEVELER/GARBER
United States District Court, Southern District of Florida

      Eddy O. Marban, Esquire
      Florida Bar Number 435960
      marban@bellsouth.net
      The Law Office of Eddy O. Marban
      Ocean Bank Building, Suite 350
      782 N.W. LeJeune Road
      Miami, Florida 33126
      Telephone: (305) 448-9292
      Facsimile: (305) 448-2788
      *Counsel for Plaintiff, Carmen Carmona et al.*
      Method of Service: *Notice of Electronic Filing*

      Christopher P. Hammon
      Florida Bar Number 176753
      Chris.Hammon@ogletreedeakins.com
      OGLETREE, DEAKINS, NASH,
      SMOAK & STEWART, P.C.
      701 Brickell Avenue, Suite 2020
      Miami, Florida 33131-2813
      Telephone: 305.374.0506
      Facsimile: 305.374.0456
      *Counsel for Defendant,*
      *ACE Cash Express, Inc.*
      Method of Service: *Notice of Electronic Filing*